PEOPLE V HEADD, No. 138037; Court of Appeals No. 279740.

PEOPLE V WELLINGTON, No. 138043; Court of Appeals No. 281529.

PEOPLE V DARNELL WATKINS, No. 138059; Court of Appeals No. 278953.

PEOPLE V KEALOHAPAUOLE, No. 138061; Court of Appeals No. 279238.

BLUE HARVEST, INC V DEPARTMENT OF TRANSPORTATION, No. 138065; Court of Appeals No. 281595.

*Reconsideration Denied March 23, 2009:*

PEOPLE V JENDRZEJEWSKI, No. 136585. Leave to appeal denied at 482 Mich 1032. Court of Appeals No. 280066.

PEOPLE V DIAZ, No. 136755. Leave to appeal denied at 482 Mich 1064. Court of Appeals No. 282121.

PEOPLE V PETRI, No. 136775. Leave to appeal denied at 482 Mich 1186. Court of Appeals No. 275019.

KIM V KIM, No. 136797. Leave to appeal denied at 482 Mich 1033. Court of Appeals No. 277362.

MINGO V BRUSH PARK CITIZENS DISTRICT COUNCIL, No. 136982. Leave to appeal denied at 482 Mich 1066. Court of Appeals No. 277403.

CARR V FORD MOTOR COMPANY, Nos. 137025 and 137026. Leave to appeal denied at 482 Mich 1186. Court of Appeals No. 273675 and 274251.

SHORTER V GARNER, No. 137122. Leave to appeal denied at 482 Mich 1068. Court of Appeals No. 275149.

PEOPLE V LAWTON, No. 137127. Leave to appeal denied at 482 Mich 1186. Court of Appeals No. 285705.

LANE V MAGNUM CORPORATION, No. 137152. Leave to appeal denied at 482 Mich 1069. Court of Appeals No. 275939.

PEOPLE V VARNEY, No. 137156. Leave to appeal denied at 483 Mich 881. Court of Appeals No. 284050.

PEOPLE V OETMAN, No. 137257. Leave to appeal denied at 482 Mich 1119. Court of Appeals No. 283574.
KELLY, C.J. I would grant reconsideration and, on reconsideration, would reverse the Court of Appeals and reinstate the trial court's order.

WALGREEN COMPANY V MACOMB TOWNSHIP, No. 137269. Leave to appeal denied at 482 Mich 1187. Court of Appeals No. 276829.

PEOPLE V PLAIR, No. 137394. Leave to appeal denied at 482 Mich 1071. Court of Appeals No. 274575.